

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: NCS MULTISTAGE, LLC AND NCS MULTISTAGE HOLDINGS, INC., | § | No. 08-21-00020-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |

## **O R D E R**

Relators have filed a motion for temporary relief pending resolution of this mandamus action. The motion is GRANTED. All proceedings in Trial Court Cause No. DC19-17669 are stayed pending resolution of this mandamus action.

IT IS SO ORDERED this 22nd day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.